978 So.2d 205 (2008)
Vincent MARGIOTTI, Petitioner,
v.
J.E. SPEIGHTS, Classification Supervisor, and Walter A. McNeil, Secretary, Florida Department of Corrections, Respondents.
No. 1D08-0315.
District Court of Appeal of Florida, First District.
March 24, 2008.
Vincent Margiotti, pro se, Petitioner.
No appearance for Respondent.
PER CURIAM.
DISMISSED. Martin v. Fla. Dep't of Corr., 768 So.2d 1150 (Fla. 1st DCA 2000).
PADOVANO, LEWIS, and THOMAS, JJ., concur.